IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANE BOULTON                                                                                          PLAINTIFF

V.                                       NO. 3:08CV00078 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 22nd day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE